No. 257, Misc.   CASSEL v. OVERHOLSER.   United States
Court of Appeals for the District of Columbia Circuit.
Certiorari denied.

No. 262, Misc.   MCGREGOR v. RAGEN, WARDEN.   C. A.
7th Cir.   Certiorari denied.   Petitioner *pro se.*   *Ivan A.
Elliott,* Attorney General of Illinois, *William C. Wines,
James C. Murray* and *Raymond S. Sarnow,* Assistant At-
torneys General, for respondent.

No. 351, Misc.   KELLEY v. DELAWARE, LACKAWANNA
& WESTERN RAILROAD.   C. A. 1st Cir.   Certiorari denied.
*Henry Lawlor* and *Paul H. Snow* for petitioner.   *Paul
F. Perkins* for respondent.

No. 356, Misc.   BLACKWELL v. NEVADA.   Supreme Court
of Nevada.   Certiorari denied.   *Clel Georgetta* for peti-
tioner.   *Alan Bible,* Attorney General of Nevada, *Homer
Mooney, George P. Annanda,* Deputy Attorneys General,
and *Gray Mashburn* for respondent.

No. 360, Misc.   STEELE v. JACKSON, WARDEN.   C. A.
2d Cir.   Certiorari denied.   Petitioner *pro se.*   *Nathaniel
L. Goldstein,* Attorney General of New York, *Wendell P.
Brown,* Solicitor General, *Irving I. Waxman* and *Louis
Winer,* Assistant Attorneys General, for respondent.

No. 399, Misc.   JANIEC v. NEW JERSEY.   Supreme Court
of New Jersey.   Certiorari denied.